M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
Michael Avanesian (Bar No. 278685)
**SIMON RESNIK HAYES LLP**
15233 Ventura Bvd., Suite 250
Sherman Oaks, CA 91403
Telephone:  (818) 783-6251
Facsimile:  (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Arden Rose

FILED & ENTERED

AUG 28 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **RUST**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA BARBARA DIVISION

| | |
|---|---|
| In re: | Case No.: **9:15-bk-10116-PC** |
| **ARDEN ROSE,** | Chapter 7 |
| Debtor. | Adv. No.: **9:15-ap-01040-PC** |
| **JERRY NAMBA**, solely in his capacity as chapter 7 bankruptcy trustee, <br><br> Plaintiff, <br><br> v. <br><br> **ARDEN ROSE**, <br><br> Defendant. | **ORDER GRANTING MOTION BY SIMON RESNIK HAYES LLP TO WITHDRAW AS ATTORNEY FOR THE DEBTOR** <br><br> Date: August 27, 2015 <br> Time: 10:00 a.m. <br> Place: United States Bankruptcy Court <br> Courtroom 201 <br> 1415 State Street <br> Santa Barbara, CA 93101 |

On August 27, 2015, the Motion to Withdraw as Attorney for the Debtor (the "**Motion**") filed by Simon Resnik Hayes LLP (the "**Firm**") as Docket No. 68 came on for hearing, on shortened notice, in the above referenced court, the Honorable Peter Carroll, United States Bankruptcy Judge presiding. Appearing at the hearing was Arden Rose (the

**SIMON RESNIK HAYES LLP**

1

"**Debtor**"), the debtor in this case, M. Jonathan Hayes of Simon Resnik Hayes, LLP, counsel for the Debtor and Brian Fittipaldi, counsel for the United States Trustee, Peter C. Anderson.

The Court, having considered the Motion, Debtor's oral and written objections, pleadings on file herein, and the arguments and representations at the hearing, and after finding that notice of the Motion was proper, that Debtor would not be prejudiced by the Firm's withdrawal, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that**:**

1. The Motion is granted; and

2. Effective immediately, the Firm is no longer counsel of record for the Debtor in this adversary proceeding.

**IT IS SO ORDERED**

###

Date: August 28, 2015

Peter H. Carroll
United States Bankruptcy Judge